UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| RODERICK SKINNER, | ) | 3:15-CV-0340-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | February 9, 2016 |
| | ) | |
| MIKE HALEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:        LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

　　Plaintiff's motion to have Clerk issue Marshal summons for service of complaint (#12) and motion for scheduling order (#13) are **DENIED as moot**. The court previously issued an order on January 27, 2016 addressing both of these motions which appear to be duplicates of plaintiff's motions #7 & #8.

　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　LANCE S. WILSON, CLERK

　　　　　　　　　　　　　　By:         /s/
　　　　　　　　　　　　　　　　　Deputy Clerk