**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| RODERICK SKINNER, | ) | 3:15-CV-0340-MMD (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | June 21, 2016 |
| STATE OF NEVADA, et al., | ) | |
| Defendants. | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    LISA MANN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The U.S. Marshal attempted service on defendant Nurse Valentine at the Washoe County Detention Center ("WCDC") and found that no such person is employed at WCDC (ECF No. 19). Plaintiff now moves to have the U.S. Marshal attempt service of Nurse Valentine at Corizon Correctional Healthcare (ECF No. 26). That motion is **GRANTED**.

The Clerk shall **ISSUE** a summons for **Nurse Valentine** and send the same to the U.S. Marshal together with the complaint (ECF No. 6), screening order (ECF No. 9) and this order. The Clerk shall **SEND** to plaintiff one USM-285 form. Plaintiff shall have until **Friday, July 8, 2016** to complete the USM-285 service form and return to the U.S. Marshal at 400 S. Virginia Street, 2nd Floor, Reno, NV  89501 for service.

If plaintiff fails to follow this order, defendant Nurse Valentine will be dismissed for failure to complete service of process pursuant to Fed.R.Civ.P. 4(m).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:    /s/
Deputy Clerk