# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| RODERICK SKINNER, | ) | 3:15-CV-0340-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | December 1, 2016 |
| | ) | |
| STATE OF NEVADA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's motion for a continuance of decision on the defendants' summary judgment motion (ECF No. 46).  By this motion, plaintiff seeks to continue and/or reopen discovery in this case.  Defendants opposed the motion (ECF No. 47, corrected document ECF No. 48), and plaintiff replied (ECF No. 49).

Discovery in this case was originally set to end on September 8, 2016 (ECF No. 27).  The court then granted plaintiff's request to extend discovery to November 14, 2016 (ECF No. 44).  Discovery is now complete, and no discovery motions were filed.  Therefore, plaintiff's motion for a continuance (ECF No. 46) is **DENIED**.

The court will grant plaintiff an extension of time to **Friday, December 16, 2016** to file an opposition to defendants' motion for summary judgment.  **No extensions of time will be granted.**  If plaintiff fails to file an opposition to the motion, it shall be submitted for decision as an unopposed motion.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:        /s/
            Deputy Clerk