UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RODERICK SKINNER,<br><br>                Plaintiff,<br>     v.<br>RENE PFISTER, *et al.*,<br><br>                Defendants. | Case No. 3:15-cv-00340-MMD -WGC<br><br>ORDER |

Plaintiff Roderick Skinner, who is in the custody of the Nevada Department of Corrections ("NDOC"), brings this action under 42 U.S.C. § 1983. Before the Court is the Report and Recommendation ("R&R" or "Recommendation") of United States Magistrate Judge William G. Cobb (ECF No. 124), recommending that the Court grant Defendants' motion for summary judgment ("Motion") (ECF No. 116), and deny Plaintiff's motion for judicial notice (ECF No. 121) as moot. Plaintiff had until October 10, 2019 to file an objection. To date, no objection to the R&R has been filed.[1] For this reason, and as explained below, the Court adopts the R&R, and will both grant Defendants' Motion, and deny Plaintiff's motion for judicial notice as moot.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the Court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." *Id.* Where a party fails to object, however,

---

[1] Plaintiff untimely filed a motion to extend the deadline for him to file an objection to the R&R. (ECF No. 125.) The Court granted that motion, and gave him until October 26, 2019 to object to the R&R—per his request. (ECF No. 126.) Nonetheless, Plaintiff has still not filed an objection as of the date of entry of this order.

the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the view that district courts are not required to review "any issue that is not the subject of an objection."). Thus, if there is no objection to a magistrate judge's recommendation, then the Court may accept the recommendation without review. *See, e.g.*, *Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

While Plaintiff has failed to object to Judge Cobb's recommendation to grant summary judgment in favor of Defendants, the Court will nonetheless conduct a *de novo* review to determine whether to adopt the R&R. Judge Cobb recommends that summary judgment be granted to Defendants because Plaintiff did not exhaust his available administrative remedies. (ECF No. 124 at 12.) Based on this finding, Judge Cobb determined he did not need to address the merits of Plaintiff's medical care claim, and also recommends denying Plaintiff's motion for judicial notice that he was a pretrial detainee as moot. (*Id.*) Having reviewed the R&R, the Complaint and Defendants' Motion, the Court agrees with Judge Cobb.

It is therefore ordered that Judge Cobb's Report and Recommendation (ECF No. 124) is adopted in full.

It is further ordered that Defendants' motion for summary judgment (ECF No. 116) is granted.

It is further ordered that Plaintiff's motion for judicial notice (ECF No. 121) is denied as moot.

The Clerk of Court is directed to enter judgment in accordance with this order and close this case.

DATED THIS 29th day of October 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE